# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number: 3:12-po-115 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| TREVOR J. GILES, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

It is hereby ORDERED that this case is dismissed sua sponte.

October 13, 2020             s/Sharon L. Ovington
Sharon L. Ovington
United States Magistrate Judge